McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CV-01732-AWI-DLB |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO STAY CASE AND TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON** |
| APPROXIMATELY $44,000.00 IN U.S. ) CURRENCY, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimants Tara Perez and Rosalinda Perez, and their counsel of record, as follows:

A related criminal case is currently pending in State court, *People v. Gregory Perez, Jr., et al.*, Fresno Superior Court Case Number F06904067-6. The criminal matter has been continued several times. In light of the unanticipated and now excessive delay occurring due to the parties' mutual desire to stay the proceedings in the civil forfeiture action until the resolution of the State criminal case, the parties are requesting a formal stay of the above-captioned action.

The parties anticipate the criminal matter to be resolved in the next 60 days. Accordingly, the parties request the Scheduling Conference presently scheduled for December 4, 2007 at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck be vacated and a formal stay be entered in the case so as to avoid any perception of a lack of prosecution.

///

1     The parties are to promptly notify the Court when the criminal case resolves.

2   Dated:  November 27, 2007                    McGREGOR W. SCOTT
                                                              United States Attorney

                                                              /s/ Stephanie Hamilton Borchers
                                                              STEPHANIE HAMILTON BORCHERS

8   Dated:  November 26, 2007                    /s/ Stephen Quade
                                                              STEPHEN QUADE
                                                              Attorney for Claimants Tara Perez and
                                                              Rosalinda Perez
                                                              (Original signature retained by attorney)

11      IT IS SO ORDERED.

12     **Dated:**  **November 27, 2007**                **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE