FILED
AUG 8 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CV-01732-AWI-DLB |
| Plaintiff, | |
| v. | **FINAL JUDGMENT OF FORFEITURE** |
| APPROXIMATELY $44,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against approximately $44,000.00 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on November 30, 2006, seeking the forfeiture of the defendant currency, alleging said currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

3. On November 30, 2006, in accordance with said Complaint, a Warrant and Summons for Arrest of Articles *In Rem* for the defendant currency was issued and duly executed on December 7, 2006.

4. On January 5, 12, 19, and 26, 2007, a Public Notice of Arrest of the defendant currency appeared by publication in *The Business Journal*, a newspaper of general circulation in the

1  county in which the defendant currency was seized (Fresno County). The Proof of Publication was
2  filed with the Court on February 20, 2007.

3  5. In addition to the Public Notice of Arrest having been completed, actual notice was
4  served upon Elvira Trejo, Rosalinda Perez, Tara Perez, Jimmy D. Flores, Gregory Perez, Jr., Jaime
5  Haro, and Gregory Perez, Sr. Tara Perez and Rosalinda Perez filed a claim and answer in this action.
6  No other parties have filed claims or answers in this matter, and the time for which any person or
7  entity may file a claim and answer has expired.

8  6. The Clerk of the Court entered Clerk's Certificates of Entry of Default against
9  Gregory Perez, Jr., Gregory Perez, Sr., Elvira Trejo, Jimmy D. Flores, and Jaime Haro on March 15,
10 2007. Pursuant to Local Rule A-540, the United States and Claimants Tara Perez, Rosalinda Perez,
11 Potential Claimants Gregory Perez, Sr., Gregory Perez, Jr., and Elvira Trejo thus join in a request
12 that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment
13 against the interests, if any, of Jimmy D. Flores and Jaime Haro.

14 7. Claimants and Potential Claimants represent and warrant that they are the sole owners
15 of the defendant currency.

17 Accordingly, IT IS HEREBY ORDERED that:

18 1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and
19 between the parties to this action.

20 2. Judgment is hereby entered against Claimants Tara Perez, Rosalinda Perez, Potential
21 Claimants Gregory Perez, Sr., Gregory Perez, Jr., Elvira Trejo, Jimmy D. Flores, Jaime Haro, and
22 all other potential claimants who have not filed claims in this action.

23 3. Upon entry of a Final Judgment of Forfeiture, $37,680.00 of the defendant
24 approximately $44,000.00 in U.S. Currency, together with any interest that may have accrued on that
25 amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of
26 according to law.

27 4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days
28 thereafter, $2,320.00 of the defendant approximately $44,000.00 in U.S. Currency, together with any

1 | interest that may have accrued on that amount, shall be returned to Claimant Tara Perez, through her
2 | attorney Stephen Quade, 2100 Tulare Street, Suite 512, Fresno, California 93721.

3 |     5.    Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days
4 | thereafter, $4,000.00 of the approximately $44,000.00 in U.S. Currency, together with any interest
5 | that may have accrued on that amount, shall be returned to Claimant Rosalinda Perez, through her
6 | attorney Stephen Quade, 2100 Tulare Street, Suite 512, Fresno, California 93721.

7 |     6.    Plaintiff United States of America and its servants, agents, and employees, and all
8 | other public entities, their servants, agents, and employees, are released from any and all liability
9 | arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant
10 | currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or
11 | damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.
12 | The parties waive the provisions of California Civil Code § 1542.

13 |     7.    Pursuant to the stipulation of the parties, and the allegations set forth in the Verified
14 | Complaint for Forfeiture *In Rem* filed November 30, 2006, the Court finds that there was reasonable
15 | cause for the seizure and arrest of the defendant currency, and a Certificate of Reasonable Cause
16 | pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

17 |     8.    All parties shall bear their own costs and attorneys' fees.

SO ORDERED THIS 7th day of August, 2008.

ANTHONY W. ISHII
Chief United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed November 30, 2006, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency.

Dated: August 7, 2008

ANTHONY W. ISHII
Chief United States District Judge